IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:09cv376-DSC

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FALCON EQUIPMENT, LLC OF JAX, FALCON EQUIPMENT, INC., TGR ENTERPRISES, LLC, WILLIAM J. RIALS, and DEREK J. RIALS, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Judgment is hereby entered as follows in favor of Plaintiff, Commercial Credit Group Inc., in accordance with the Court's prior Orders:

1. Plaintiff shall recover from Defendants, William J. Rials and Derek J. Rials, jointly and severally, for said Defendants' wrongful conversion of Plaintiff's collateral, in the amount of $1,014,984.00, plus pre-judgment interest in the amount of $63,179.00 and costs in the amount of $1,500.00, pursuant to the Court's June 7, 2010 Memorandum and Order and Plaintiff's Affidavit Regarding Pre-Judgment Interest and Costs submitted on June 8, 2010; and

2. Plaintiff shall recover from Defendants, Falcon Equipment, LLC of Jax, Falcon Equipment, Inc., TGR Enterprises, LLC, William J. Rials and Derek J. Rials, jointly and severally, for said Defendants' breach of contract, the amount of $1,391,532.59, plus pre-judgment interest in the amount of $138,294.68 and attorneys fees and legal expenses in the

amount of $8,585.00, pursuant to the Court's January 8, 2010 Memorandum and Order and its January 13, 2010 Order.

3. <u>The Clerk is directed to send copies of this Order to the pro se Defendants at the following address c/o Mr. William J. Rials, 210 Peaceful Streams, Dahlonega, GA 30533; and to Plaintiff's counsel</u>.

**SO ORDERED, ADJUDGED AND DECREED**.

Signed: July 13, 2010

David S. Cayer
United States Magistrate Judge