**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL NO. 3:09cv376-DSC**

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> FALCON EQUIPMENT, LLC OF JAX, ) <br> FALCON EQUIPMENT, INC., TGR ) <br> ENTERPRISES, LLC, WILLIAM J. RIALS, ) <br> and DEREK J. RIALS, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on "Plaintiff's Motion Seeking Dismissal of Remaining Claims Pursuant to Rule 41(a)(2)" (document #33). Judgment having been entered in Plaintiff's favor on its other claims, Plaintiff now voluntarily seeks dismissal without prejudice of Claim Three and Claim Four.

**NOW THEREFORE, IT IS ORDERED:**

1. "Plaintiff's Motion Seeking Dismissal of Remaining Claims Pursuant to Rule 41(a)(2)" (document #33) is **GRANTED** and Plaintiff's Claim Three and Claim Four are **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk is directed to send copies of this Order to the pro se Defendants at the following address c/o Mr. William J. Rials, 210 Peaceful Streams, Dahlonega, GA 30533; and to Plaintiff's counsel.

3. All claims having been resolved or dismissed, the Clerk is further directed to close the file in this matter.

**SO ORDERED**.    Signed: July 13, 2010

David S. Cayer
United States Magistrate Judge