# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Commercial Credit Group Inc. ,

       Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　Case No. 3:09CV376

Falcon Equipment, LLC of Jax ,
Falcon Equipment, Inc.,
TGR Enterprises, LLC,
William J. Rials,
Derek J. Rials

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/13/2010 Order.

                                 Signed: July 13, 2010

                                 Frank G. Johns, Clerk
                                 United States District Court